# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

March 25, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The initial pretrial conference scheduled for April 3, 2024, is adjourned to **May 8, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **May 1, 2024**.  So Ordered.

Dated: March 26, 2024
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *Fagnani v. J.R. Carlson Laboratories, Inc.,*
       Case No.: 1:24-cv-1037

Dear Judge Schofield,

The undersigned represents Mykayla Fagnani, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, J.R. Carlson Laboratories, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for April 3, 2024, at 4:00 PM (Dkt. 6) be adjourned for 30 days because although Counsel for the Defendant has executed a waiver of service on behalf of the Defendant in this Action, they have not yet appeared and have requested that the Initial Conference be adjourned pending their retention of local counsel. The undersigned attempted to proceed with Your Honor's scheduled conference and prepare the necessary documents however Defendant's Counsel objected and requested we file an adjournment on their behalf.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

cc: via email: Kristen Prinz
kprinz@prinz-lawfirm.com
Attorney for Defendant

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.